Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
Telephone:   (702) 784-5200
Facsimile:   (702) 784-5252
kdove@swlaw.com
jlustig@swlaw.com

*Attorneys for Defendants Wells Fargo Bank, N.A. and David Parra*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN DAVIS aka CHEF BIG SHAKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a Nonqualified Foreign Entity; DAVID PARRA, an individual; DOES I through XX, inclusive; and ROE BUISNESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01607-APG-EJY<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

THIS STIPULATION is entered into by and between Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant David Parra ("Mr. Parra", and together with Wells Fargo, "Defendants") and Plaintiff Shawn Davis aka Chef Big Shake ("Plaintiff", and together with Defendants, the "Parties"), by and through their respective counsel of record, to extend Defendants' deadline to respond to Plaintiff's Complaint from September 12, 2025 until October 3, 2025 based on the following:

    1.    Plaintiff filed the Complaint on August 20, 2025.

    2.    Plaintiff served the Summons and Complaint on Wells Fargo on August 22, 2025.

Plaintiff has not yet served the Complaint on Mr. Parra.

3. Wells Fargo removed the action to this Court on August 28, 2025.

4. Wells Fargo's current deadline to respond to the Complaint is September 12, 2025.

5. Defendants recently retained the undersigned counsel to represent them in this action.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. The Parties stipulate and agree to extend the deadline for Defendants to respond to the Complaint, up to and including **October 3, 2025**, to allow Wells Fargo sufficient time to analyze and investigate the allegations in the Complaint, and to prepare a response thereto.

2. This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: September 11, 2025

SNELL & WILMER L.L.P.

/s/ Kelly H. Dove
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
*Attorneys for Defendants Wells Fargo Bank, N.A. and David Parra*

Dated: September 11, 2025

MILAN'S LEGAL

/s/ Milan Chatterjee
Milan Chatterjee, Esq.
Nevada Bar No. 15159
3172 N. Rainbow Blvd., Suite 1406
Las Vegas, NV 89108
*Attorneys for Plaintiff Shawn Davis aka Chef Big Shake*

**ORDER**

Upon stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendants Wells Fargo Bank, N.A. and David Parra shall have until October 3, 2025 to file a response to the Complaint.

**IT IS SO ORDERED.**

Dated: September 11, 2025

_____
UNITED STATES MAGISTRATE JUDGE