Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
Telephone:  (702) 784-5200
Facsimile:   (702) 784-5252
kdove@swlaw.com
jlustig@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN DAVIS aka CHEF BIG SHAKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a Nonqualified Foreign Entity; DAVID PARRA, an individual; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01607-APG-EJY<br><br>**STIPULATED MOTION TO FILE AMENDED COMPLAINT AND EXTEND DEADLINE FOR WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT OR ANTICIPATED AMENDED COMPLAINT** |

THIS STIPULATION is entered into by and between Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Shawn Davis aka Chef Big Shake ("Plaintiff", and together with Defendants, the "Parties"), by and through their respective counsel of record, to (1) file an amended complaint, and (2) set Wells Fargo's deadline to respond to Plaintiff's Complaint, or anticipated amended complaint, from October 3, 2025 to November 3, 2025 based on the following:

1. Plaintiff filed the Complaint on August 20, 2025.

2. Plaintiff served the Summons and Complaint on Wells Fargo on August 22, 2025. Plaintiff has not yet served the Complaint on Defendant David Parra.

3. Wells Fargo removed the action to this Court on August 28, 2025 [ECF No. 1.]

1  4. Wells Fargo's initial deadline to respond to the Complaint was September 12, 2025.

2  5. On September 11, 2025, the Parties filed a Stipulated Motion to Extend Deadline for Defendants to Respond to Complaint [ECF No. 5], which the Court granted on September 12, 2025, extending the deadline for Wells Fargo to respond to the Complaint until October 3, 2025 [ECF No. 6.]

6. Plaintiff now intends to file an amended complaint no later than October 6, 2025.

7. The Parties agree to vacate Wells Fargo's deadline of October 3, 2025 so that Wells Fargo is not required to respond both to the original Complaint and the anticipated Amended Complaint.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. That Plaintiff may file an amended complaint no later than **October 6, 2025**;

2. That Wells Fargo's deadline to respond to the Complaint, or the anticipated Amended Complaint, shall be **November 3, 2025**.

2. This stipulation and extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: October 1, 2025

SNELL & WILMER L.L.P.

 /s/ Jennifer B. Lustig
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
*Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: October 1, 2025

MILAN'S LEGAL

 /s/ Milan Chatterjee
Milan Chatterjee, Esq.
Nevada Bar No. 15159
3172 N. Rainbow Blvd., Suite 1406
Las Vegas, NV 89108
*Attorneys for Plaintiff Shawn Davis aka Chef Big Shake*

**ORDER**

Upon stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff may file an amended complaint no later than **October 6, 2025**.

**IT IS FURTHER ORDERED** that Defendant Wells Fargo Bank, N.A.'s deadline to respond to the Complaint, or the anticipated amended complaint, shall be **November 3, 2025**.

**IT IS SO ORDERED.**

Dated: October 1, 2025

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Jennifer B. Lustig*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
*Attorneys for Defendant Wells Fargo Bank, N.A.*