**MILAN'S LEGAL**
MILAN CHATTERJEE, ESQ.
NEVADA BAR NO. 15159
3172 N. Rainbow Blvd, # 1406
Las Vegas, Nevada 89108
(702) 381-2875
Milan@MilansLegal.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN DAVIS aka CHEF BIG SHAKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a Nonqualified Foreign Entity; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01607-APG-EJY<br><br>**STIPULATED MOTION TO EXTEND DEADLINES RELATED TO DEFENDANTS' MOTION TO DISMISS**<br><br>(FIRST REQUEST) |

THIS STIPULATION is entered into by and between Plaintiff Shawn Davis aka Chef Big Shake ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant"), by and through its respective counsel of record, to extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss from November 17, 2025 until December 1, 2025, and to extend Defendant's deadline to file their reply from November 24, 2025 until December 22, 2025, based on the following:

1. Defendant served its Motion to Dismiss on November 3, 2025.

2. Plaintiff's current deadline to file a response is extended two (2) weeks, from November 17, 2025 to December 1, 2025.

3. Defendant's deadline to file a reply in support of its Motion to Dismiss is therefore extended to December 22, 2025.

4. This is the first request for an extension of these deadlines. The extension is sought

4917-6303-6537

to accommodate the family commitments of Plaintiff's counsel and to ensure adequate time for the preparation of the respective briefs.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. The Parties stipulate and agree to extend the deadline for Plaintiff to respond to Defendant's Motion to Dismiss, up to and including **December 1, 2025**, and to extend the deadline for Defendant to file its Reply in support of the Motion to Dismiss, up to and including **December 22, 2025.**

2. This extension request is sought in good faith and is not made for the purpose of delay.

Dated: November 11, 2025

MILAN'S LEGAL

/s/ Milan Chatterjee, Esq.
Milan Chatterjee, Esq.
Nevada Bar No. 15159
3172 N. Rainbow Blvd., Suite 1406
Las Vegas, NV 89108
*Attorneys for Plaintiff Shawn Davis aka Chef Big Shake*

Dated: November 11, 2025

SNELL & WILMER L.L.P.

/s/ Kelly H. Dove, Esq.
Kelly H. Dove
Nevada Bar No. 10569
kdove@swlaw.com
Jennifer B. Lustig
Nevada Bar No. 9110
jlustig@swlaw.com
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

MCGUIREWOODS LLP

Ava E. Lias-Booker (*pro hac vice forthcoming*)
alias-booker@mcguirewoods.com
Alicia A. Baiardo (*pro hac vice forthcoming*)
abaiardo@mcguirewoods.com Jasmine K. Gardner (*pro hac vice pending*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: (415) 844-9944

*Attorneys for Defendant Wells Fargo Bank, N.A.*

-2-

4917-6303-6537

# ORDER

Upon stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff will have until December 1, 2025 to serve its response to Defendant's Motion to Dismiss, and that Defendant Wells Fargo Bank, N.A shall have until December 22, 2025 to file a reply in support of its Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: November 13, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

MILAN'S LEGAL

_/s/ Milan Chatterjee, Esq._
Milan Chatterjee, Esq.
Nevada Bar No. 15159
3172 N. Rainbow Blvd., Suite 1406
Las Vegas, NV 89108
*Attorneys for Plaintiff Shawn Davis aka Chef Big Shake*

-3-

4917-6303-6537