Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
Telephone:    (702) 784-5200
Facsimile:    (702) 784-5252
kdove@swlaw.com
jlustig@swlaw.com

Ava E. Lias-Booker (*admitted pro hac vice*)
alias-booker@mcguirewoods.com
Alicia A. Baiardo (*admitted pro hac vice*)
abaiardo@mcguirewoods.com
Jasmine K. Gardner (*admitted pro hac vice*)
jgardner@mcguirewoods.com
McGUIREWOODS LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: (415) 844-9944

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN DAVIS aka CHEF BIG SHAKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a Nonqualified Foreign Entity; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01607-APG-EJY<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Shawn Davis aka Chef Big Shake ("Plaintiff", and together with Wells Fargo, the "Parties"), by and through their respective counsel of record, stipulate and agree to stay discovery pending resolution of Wells Fargo's Motion to Dismiss Plaintiff's First Amended Complaint based on the following:

1. On November 3, 2025, Wells Fargo filed a Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion to Dismiss") under Federal Rule of Civil Procedure 12(b)(6) [ECF No. 13.] Plaintiff filed an Opposition to the Motion to Dismiss on December 15, 2025 [ECF No. 25.] Wells Fargo filed its Reply in Support of the Motion to Dismiss on January 5, 2026, thus completing the briefing on the Motion to Dismiss [ECF No. 26.]

2. Wells Fargo contends that the Motion to Dismiss is potentially dispositive of the entire case and can be decided without discovery, that Plaintiff's First Amended Complaint is not likely to withstand dismissal, and that the expense of discovery is not justified while the Motion to Dismiss is pending.

3. While Plaintiff contends that his claims are sufficiently pled and the Motion to Dismiss should be denied, Plaintiff agrees that the Motion to Dismiss is potentially dispositive of the entire case and the expense of discovery is not justified while the Motion to Dismiss is pending, rendering a stay of discovery appropriate.

This stipulation and request to stay discovery is sought in good faith and is not made for the purpose of delay.

NOW, THEREFORE, based on the foregoing and subject to Court approval, the Parties agree that the Court should stay discovery pending a decision on the Motion to Dismiss, subject to the following deadlines in the event the Motion to Dismiss is denied, in whole or in part:

(a) the deadline for conducting the Federal Rule of Civil Procedure 26(f) conference shall be 14 court days after entry of the order on the Motion to Dismiss; and

(b) the deadline for filing the Federal Rule of Civil Procedure 26(f) report shall be 21 court days after entry of the order on the Motion to Dismiss.

. . .

. . .

. . .

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

- 2 -

**IT IS SO STIPULATED.**

Dated: January 14, 2026

SNELL & WILMER L.L.P.

/s/ Jennifer B. Lustig
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

McGUIREWOODS LLP

Ava E. Lias-Booker (*admitted pro hac vice*)
Alicia A. Baiardo (*admitted pro hac vice*)
Jasmine K. Gardner (*admitted pro hac vice*)
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111

*Attorneys for Defendant Wells Fargo Bank, N.A.*

Dated: January 14, 2026

MILAN'S LEGAL

/s/ Milan Chatterjee
Milan Chatterjee, Esq.
Nevada Bar No. 15159
3172 N. Rainbow Blvd., Suite 1406
Las Vegas, NV 89108
*Attorneys for Plaintiff Shawn Davis aka Chef Big Shake*

## ORDER

The Court having considered the foregoing Stipulation of the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Stipulation to Stay Discovery Pending Defendant Wells Fargo Bank, National Association's Motion to Dismiss shall be **GRANTED**;

**IT IS FURTHER ORDERED** that the following deadlines shall apply in the event the Motion to Dismiss is denied, in whole or in part:

(a)    the deadline for conducting the Federal Rule of Civil Procedure 26(f) conference shall be 14 business days after entry of the order on the Motion to Dismiss; and

- 3 -

(b)    the deadline for filing the Federal Rule of Civil Procedure 26(f) report shall be 21 business days after entry of the order on the Motion to Dismiss.

**IT IS SO ORDERED.**

Dated:  January 14, 2026

UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

 */s/ Jennifer B. Lustig*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

McGUIREWOODS LLP

Ava E. Lias-Booker (*admitted pro hac vice*)
Alicia A. Baiardo (*admitted pro hac vice*)
Jasmine K. Gardner (*admitted pro hac vice*)
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111

*Attorneys for Defendant Wells Fargo Bank, N.A.*