**MILAN'S LEGAL**
MILAN CHATTERJEE, ESQ.
NEVADA BAR NO. 15159
3172 N. Rainbow Blvd, # 1406
Las Vegas, Nevada 89108
(702) 381-2875
Milan@MilansLegal.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN DAVIS aka CHEF BIG SHAKE, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a Nonqualified Foreign Entity; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>    Defendants. | Case No.: 2:25-cv-01607-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE SECOND AMENDED COMPLAINT**<br><br>(SECOND REQUEST) |

THIS STIPULATION is entered into by and between Plaintiff Shawn Davis aka Chef Big Shake ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant"), by and through their respective counsel of record, to extend Plaintiff's deadline to file the Second Amended Complaint from June 30, 2026 until July 7, 2026, based on the following:

1.    On June 9, 2026, the Court entered an order granting in part Defendant's motion to dismiss and granting Plaintiff leave to amend certain dismissed claims. The order directs that any amended complaint be filed by June 30, 2026.

2.    Due to the active travel schedule of Plaintiff's counsel and the upcoming Independence Day holiday, the parties have agreed to extend Plaintiff's deadline to file the Second Amended Complaint by seven (7) days, from June 30, 2026 up to and including July 7, 2026.

3.    This is the second request to extend Plaintiff's deadline to file the Second Amended

4917-6303-6537

Complaint. The first stipulation seeking this extension was denied without prejudice for non-compliance with the form requirements of LR IA 6-2, and no extension of this deadline has yet been granted.

4.    This extension concerns only Plaintiff's deadline to file the Second Amended Complaint. It does not constitute Defendant's agreement to the substance of any amended complaint or any proposed amendments, and is without prejudice to Defendant's right to challenge, move against, or otherwise respond to the amended complaint. Defendant reserves all rights and defenses.

4917-6303-6537

**WHEREFORE**, Plaintiff requests an order extending the deadline to file the Second Amended Complaint by seven (7) days, from June 30, 2026 up to and including July 7, 2026.

Dated: June 30, 2026

MILAN'S LEGAL

/s/ Milan Chatterjee, Esq.
Milan Chatterjee, Esq.
Nevada Bar No. 15159
3172 N. Rainbow Blvd., Suite 1406
Las Vegas, NV 89108
*Attorney for Plaintiff Shawn Davis aka Chef Big Shake*

Dated: June 30, 2026

SNELL & WILMER L.L.P.

/s/ Kelly H. Dove, Esq.
Kelly H. Dove
Nevada Bar No. 10569
kdove@swlaw.com
Jennifer B. Lustig
Nevada Bar No. 9110
jlustig@swlaw.com
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

MCGUIREWOODS LLP

Ava E. Lias-Booker (*admitted pro hac vice*)
alias-booker@mcguirewoods.com
Alicia A. Baiardo (*admitted pro hac vice*)
abaiardo@mcguirewoods.com
Jasmine K. Gardner (*admitted pro hac vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: (415) 844-9944
*Attorneys for Defendant Wells Fargo Bank, N.A.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 1, 2026

-3-

4917-6303-6537