Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135
Telephone:  (702) 784-5200
Facsimile:   (702) 784-5252
kdove@swlaw.com
jlustig@swlaw.com

McGUIREWOODS LLP

Ava E. Lias-Booker (*admitted pro hac vice*)
alias-booker@mcguirewoods.com
Alicia A. Baiardo (*admitted pro hac vice*)
abaiardo@mcguirewoods.com
Jasmine K. Gardner (*admitted pro hac vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: (415) 844-9944

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN DAVIS aka CHEF BIG SHAKE, an individual; and CRD HOLDINGS LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION, a Nonqualified Foreign Entity; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, <br><br> Defendants. | Case No.: 2:25-cv-01607-APG-EJY <br><br><br> **STIPULATED MOTION TO EXTEND DEADLINE RELATED TO DEFENDANT WELLS FARGO BANK, N.A.'S RESPONSE TO SECOND AMENDED COMPLAINT** <br><br><br> (FIRST REQUEST) |

THIS STIPULATION is entered into by and between Plaintiffs Shawn Davis aka Chef Big Shake ("Davis") and CRD Holdings LLC (collectively, "Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective counsel of record, to extend Wells Fargo's deadline to respond to Plaintiffs' Second Amended Complaint ("SAC") from July 20, 2026 until August 3, 2026, based on the following:

1.      Plaintiffs served the SAC on July 6, 2026.

2.      Pursuant to Federal Rule of Civil Procedure 15(a)(3), Wells Fargo's current deadline to respond to the SAC is July 20, 2026.

3.      Wells Fargo seeks a two (2) week extension of time to respond to the SAC, extending its response deadline to August 3, 2026, to allow it additional time to assess the amendments in light of upcoming travel.

4.      This is the first request for an extension of this deadline.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, Plaintiffs and Wells Fargo (the "Parties") agree as follows:

1.      The Parties stipulate and agree to extend the deadline for Wells Fargo to respond to the SAC up to and including **August 3, 2026.**

2.      This extension request is sought in good faith and is not made for the purpose of delay.

Dated: July 8, 2026

MILAN'S LEGAL

*/s/ Milan Chatterjee, Esq.*
Milan Chatterjee, Esq.
Nevada Bar No. 15159
3172 N. Rainbow Blvd., Suite 1406
Las Vegas, NV 89108

*Attorneys for Plaintiffs Shawn Davis aka Chef Big Shake and CRD Holdings LLC*

Dated: July 8, 2026

SNELL & WILMER L.L.P.

*/s/ Kelly H. Dove, Esq.*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

MCGUIREWOODS LLP

Ava E. Lias-Booker (*admitted pro hac vice*)
alias-booker@mcguirewoods.com
Alicia A. Baiardo (*admitted pro hac vice*)
abaiardo@mcguirewoods.com
Jasmine K. Gardner (*admitted pro hac vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: (415) 844-9944

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## ORDER

Upon stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Wells Fargo will have until August 3, 2026 to serve its response to Plaintiffs' Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: ___July 8, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

_/s/ Kelly H. Dove, Esq._____
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer B. Lustig, Esq.
Nevada Bar No. 9110
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

MCGUIREWOODS LLP

Ava E. Lias-Booker (*admitted pro hac vice*)
alias-booker@mcguirewoods.com
Alicia A. Baiardo (*admitted pro hac vice*)
abaiardo@mcguirewoods.com
Jasmine K. Gardner (*admitted pro hac vice*)
jgardner@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: (415) 844-9944

*Attorneys for Defendant Wells Fargo Bank, N.A.*